THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-94-F

| MARLON J. GREEN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| MARY C.W. GREEN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on the Memorandum and Recommendation (M & R) of United States Magistrate Judge David W. Daniel, filed on March 14, 2012. The Plaintiff, appearing *pro se*, did not file any objections to the Magistrate Judge's M & R.

After an independent and thorough review of the Magistrate Judge's M & R and a *de novo* review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R. This action is DISMISSED for lack of jurisdiction and the application to proceed in forma pauperis [DE-2] is DENIED as moot.

SO ORDERED.

This 3rd day of April, 2012.

JAMES C. FOX
Senior United States District Judge