UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARLON J. GREEN,  )
        Plaintiff,  )
)
v.  )  **JUDGMENT**
)
)  No. 5:12-CV-94-F
)
MARY C. W. GREEN,  )
        Defendant.  )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the Magistrate Judge's Memorandum and Recommendation. This action is DISMISSED for lack of jurisdiction and the application to proceed in forma pauperis is DENIED as moot.

**This Judgment Filed and Entered on April 3, 2012, and Copies To:**

Marlon J. Green (via regular mail to 31975-034, Butner - F.M.C., P.O. Box 1600, Butner, NC 27509)

DATE                                             JULIE A. RICHARDS, CLERK
April 3, 2012                           /s/ Susan K. Edwards
                                                     (By) Susan K. Edwards, Deputy Clerk